RAUL PEREZ (SBN 174687)
raul.perez@capstonelawyers.com
MELISSA GRANT (SBN 205633)
melissa.grant@capstonelawyers.com
ARNAB BANERJEE (SBN 252618)
arnab.banerjee@capstonelawyers.com
ALEXANDRIA WITTE (SBN 273494)
alexandria.witte@captsonelawyers.com
CAPSTONE LAW APC
1840 Century Park East, Ste. 450
Los Angeles, CA 90067
Telephone:    (310) 556-4811
Facsimile:    (310) 943-0396

Attorneys for Plaintiff DAVID BERRY
and Lead Counsel

CHERYL D. ORR (SBN 143196)
cheryl.orr@dbr.com
JAIME D. WALTER (SBN 281066)
jaime.walter@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105-2235
Telephone:    (415) 591-7500
Facsimile:    (415) 591-7510

Attorneys for Defendants
URBAN OUTFITTERS INC., URBAN OUTFITTERS WHOLESALE, INC., and URBAN OUTFITTERS WEST, LLC

NORMAN B. BLUMENTHAL (SBN 068687)
KYLE R. NORDREHAUG (SBN 205975)
APARAJIT BHOWMIK (SBN 248066)
BLUMENTHAL, NORDREHAUG & BHOWMIK
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858) 551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiff JASMIN PEREZ and Liaison Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID BERRY, individually as an aggrieved employee, and on behalf of others similarly situated,<br><br>      Plaintiff,<br><br>   vs.<br><br>URBAN OUTFITTERS WHOLESALE, INC., a Pennsylvania corporation; and DOES 1 through 100, inclusive,<br><br>      Defendants.<br><br>JASMIN PEREZ and KYLE MILLER, individuals, on behalf of themselves, on | Lead Case No. 13-cv-02628-JSW<br>Case No. 14-cv-00024-JSW<br>Case No. 14-cv-01580-JSW<br>Case No. 14-002601-JSW<br><br>Related Case: 13-cv-02245-JSW<br><br>**NOTICE OF WITHDRAWAL OF STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING ANY MOTIONS RELATING TO CLASS CERTIFICATION (DOC. NO. 45); STIPULATION TO PROPOSE NEW DATES** AND ORDER THEREON |
NOTICE OF WITHDRAWAL OF STIP. RE: MOTIONS RELATED TO CLASS CERT.

LEAD CASE NO. 4:13-CV-02628

| | |
|---|---|
| 1 | behalf of all persons similarly situated, and as the representative of the State of California, |
| 2 | Plaintiff, |
| 3 | vs. |
| 4 | URBAN OUTFITTERS, INC., a Corporation, and DOES 1 through 50, inclusive, |
| 5 | |
| 6 | Defendants. |
| 7 | ZAYDA SANTIZO, individually, as an aggrieved employee, and on behalf of others similarly situated, |
| 8 | Plaintiff, |
| 9 | vs. |
| 10 | URBAN OUTFITTERS WHOLESALE, INC., a Pennsylvania corporation; and DOES 1 through 100, inclusive, |
| 11 | |
| 12 | Defendants. |
| 13 | FLOR KHAN, individually, and on behalf of all others similarly situated, |
| 14 | Plaintiff, |
| 15 | vs. |
| 16 | URBAN OUTFITTERS WEST, LLC, and DOES 1 through 100, inclusive, |
| 17 | Defendants. |

PLEASE TAKE NOTICE that plaintiffs David Berry, Jasmin Perez, Zayda Santizo, and Flor Khan and defendants Urban Outfitters, Inc., Urban Outfitters Wholesale, Inc., and Urban Outfitters West, LLC, by and through their undersigned counsel, hereby withdraw the Stipulation and [Proposed] Order Regarding Briefing and Hearing Any Motions Relating to Class Certification (Doc. No. 45), filed on April 3, 2014, on the grounds that an order regarding the matter has not yet been entered by the Court and at least some of the proposed dates have passed. The parties further agree to file with the Court an Amended Stipulation and [Proposed] Order Regarding Briefing and Hearing Any Motions Relating to Class Certification within thirty (30) calendar days of the April 15, 2015, settlement conference, provided that the parties are not otherwise able to reach a resolution in the matter by that time.

**IT IS SO STIPULATED.**

Dated: February 19, 2015                     CAPSTONE LAW APC

                                             By: /s/ Alexandria Witte
                                                 Raul Perez
                                                 Melissa Grant
                                                 Arnab Banerjee
                                                 Alexandria Witte

                                             Attorneys for Plaintiff DAVID BERRY and
                                             Lead Counsel

Dated: February 19, 2015                     BLUMENTHAL NORDREHAUG & BHOWMIK

                                             By: /s/ Aparajit Bhowmik
                                                 Norman B. Blumenthal
                                                 Kyle R. Nordrehaug
                                                 Aparajit Bhowmik

                                             Attorneys for Plaintiff
                                             JASMIN PEREZ

Dated: February 19, 2015                    DRINKER BIDDLE & REATH LLP

                                            By: /s/ Cheryl D. Orr
                                                Cheryl D. Orr

                                            Attorneys for Defendants
                                            URBAN OUTFITTERS INC., URBAN
                                            OUTFITTERS WHOLESALE, INC., and
                                            URBAN OUTFITTERS WEST, LLC

**Attestation Pursuant to Local Rule 5.1(i)**

Pursuant to Local Rule 5.1(i), I, Alexandria Witte, hereby attest that I have obtained concurrence in the filing of this document from all other signatories to this document.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on February 19, 2015, in Los Angeles, California.

                                            /s/ Alexandria Witte
                                            Alexandria Witte

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 23, 2015

                                            THE HONORABLE JEFFREY S. WHITE

78749096.1