RAUL PEREZ (SBN 174687)
raul.perez@capstonelawyers.com
MELISSA GRANT (SBN 205633)
melissa.grant@capstonelawyers.com
ARNAB BANERJEE (SBN 252618)
arnab.banerjee@capstonelawyers.com
SUZY E. LEE (SBN 271120)
suzy.lee@capstonelawyers.com
CAPSTONE LAW APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

Attorneys for Plaintiff David Berry and Lead Counsel

BLUMENTHAL, NORDREHAUG & BHOWMIK
Norman B. Blumenthal (State Bar #068687)
Kyle R. Nordrehaug (State Bar # 205975)
Aparajit Bhowmik (State Bar #248066)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858) 551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiff Jasmin Perez and Plaintiff Kyle Miller and Liaison Counsel

(*Additional Counsel listed on following page*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BERRY, individually as an aggrieved employee, and on behalf of others similarly situated,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>URBAN OUTFITTERS WHOLESALE, INC., a Pennsylvania corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Lead Case No. 13-cv-02628-JSW<br>Case No. 14-cv-00024-JSW<br>Case No. 14-cv-01580-JSW<br>Case No. 14-002601-JSW<br><br>**[~~PROPOSED~~] ORDER VACATING CASE DEADLINES** |

| | |
|---|---|
| 1 | JASMIN PEREZ and KYLE MILLER, individuals, on behalf of themselves, on behalf of all persons similarly situated, and as the representative of the State of California, |
| 2 | |
| 3 | |
| 4 | Plaintiff, |
| 5 | vs. |
| 6 | URBAN OUTFITTERS, INC., a Corporation, and DOES 1 through 50, inclusive, |
| 7 | |
| | Defendants. |
| 8 | ZAYDA SANTIZO, individually, as an aggrieved employee, and on behalf of others similarly situated, |
| 9 | |
| 10 | Plaintiff, |
| 11 | vs. |
| 12 | URBAN OUTFITTERS WHOLESALE, INC., a Pennsylvania corporation; and DOES 1 through 100, inclusive, |
| 13 | |
| 14 | |
| | Defendants. |
| 15 | FLOR KHAN, individually, and on behalf of all others similarly situated, |
| 16 | |
| 17 | Plaintiff, |
| 18 | vs. |
| 19 | URBAN OUTFITTERS WEST, LLC, and DOES 1 through 100, inclusive, |
| 20 | Defendants. |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# [~~PROPOSED~~] ORDER

In view of the notice of settlement, and **GOOD CAUSE APPEARING**, **IT IS HEREBY ORDERED** that all case deadlines are hereby vacated.

**IT IS SO ORDERED.**

Dated: November 9, 2015

_____
Hon. Jeffrey S. White
Judge of the U.S. District Court