| | |
|---|---|
| 1 | Raul Perez (SBN 174687) |
|   | Raul.Perez@capstonelawyers.com |
| 2 | Melissa Grant (SBN 205633) |
|   | Melissa.Grant@capstonelawyers.com |
| 3 | Arnab Banerjee (SBN 252618) |
|   | Arnab.Banerjee@capstonelawyers.com |
| 4 | Capstone Law APC |
|   | 1840 Century Park East, Suite 450 |
| 5 | Los Angeles, California 90067 |
|   | Telephone:    (310) 556-4811 |
| 6 | Facsimile:    (310) 943-0396 |

Attorneys for Plaintiffs Alexander Moore
and Charlotte Whitmore

Raul Perez (SBN 174687)
Raul.Perez@capstonelawyers.com
Melissa Grant (SBN 205633)
Melissa.Grant@capstonelawyers.com
Arnab Banerjee (SBN 252618)
Arnab.Banerjee@capstonelawyers.com
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone:    (310) 556-4811
Facsimile:    (310) 943-0396

Attorneys for Plaintiffs Alexander Moore
and Charlotte Whitmore

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER MOORE, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>URBAN OUTFITTERS WHOLESALE, INC., D/B/A ANTHROPOLOGIE, a Pennsylvania corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:13-cv-02245-JSW<br><br>Related Case Nos.: 13-cv-02628-JSW; 14-cv-00024-JSW; 14-cv-01580-JSW; 14-002601-JSW<br><br>Assigned to the Honorable Jeffrey S. White<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:    December 4, 2015<br>Time:    9:00 a.m.<br>Place:   Courtroom 5 |

**ORDER**

~~On December 4, 2015, this Court conducted a hearing on Plaintiffs' Motion for Preliminary Approval of the Class Action Settlement (the "Motion").~~  Having considered the Motion and the points and authorities and declarations submitted in support of the Motion, including the Joint Stipulation of Class Action Settlement and Release ("Settlement Agreement" or "Settlement") and exhibits, and **GOOD CAUSE** appearing, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**, subject to the following findings and orders:

1. This Order incorporates by reference the definitions in the Settlement Agreement, and all terms defined therein shall have the same meaning as set forth in the Settlement Agreement.

2. The Settlement Class shall be conditionally certified for settlement purposes only and shall consist of all persons who were employed at Anthropologie stores in California as hourly managers or hourly supervisors (i.e., Operations Supervisors, Selling Supervisors, or Managers in Training) at any time during the period from April 10, 2009 to the date of preliminary approval.

3. The class action settlement set forth in the Settlement Agreement, entered into among the Parties and their counsel, is preliminarily approved as it appears to be proper, to fall within the range of reasonableness, to be the product of arm's-length and informed negotiations, to treat all Class Members fairly, and to be presumptively valid, subject only to any objections that may be raised at or before the final approval hearing.  The Court further finds that Plaintiffs' counsel conducted extensive investigation and research, and that they were able to reasonably evaluate Plaintiffs' position and the strengths and weaknesses of their claims and the ability to certify them.  Plaintiffs have provided the Court with enough information about the nature and magnitude of the claims being settled, as well as the impediments to recovery, to make an independent assessment of the reasonableness of the terms to which the parties have agreed.

4. The Court also finds that settlement now will avoid additional and potentially substantial litigation costs, as well as delay and risks if the Parties were to continue to litigate the Action.

5. The Court preliminarily approves the Settlement Agreement, including all the terms and conditions set forth therein and the Class Settlement Amount and allocation of payments.

6. The rights of any potential dissenters to the proposed Settlement are adequately

protected in that they may exclude themselves from the Settlement and proceed with any alleged claims they may have against Defendant, or they may object to the Settlement and appear before this Court. However, to do so they must follow the procedures outlined in the Settlement Agreement and Notice of Class Action Settlement.  Failure to follow the procedures outlined in the Settlement Agreement and Notice of Class Action Settlement for making objections shall result in waiver and the objector shall be forever foreclosed from challenging any of the terms of the Settlement.

7. The Court approves, as to form and content, the proposed Notice of Class Action Settlement ("Class Notice").

8. The Court directs the mailing, by First-Class U.S. mail, of the Class Notice to Class Members in accordance with the schedule set forth below and the other procedures described in the Settlement Agreement.  The Court finds that the method selected for communicating the preliminary approval of the Settlement Agreement to Class Members is the best notice practicable under the circumstances, constitutes due and sufficient notice to all persons entitled to notice, and thereby satisfies due process.

9. The named Plaintiffs Alexander Moore and Charlotte Whitmore are suitable class representatives and are appointed Class Representatives for the Settlement Class conditionally certified by this Order.

10. The Court appoints Capstone Law APC as Class Counsel.  The Court finds that counsel have demonstrable experience litigating, certifying, and settling class actions, and will serve as adequate counsel for the Class conditionally certified by this Order.

11. The Court approves and appoints Simpluris, Inc. as the Settlement Administrator.

12. The following dates shall govern for purposes of this Settlement:

| Date | Event |
| --- | --- |
| December 24, 2015 (or not later than 20 calendar days after the Court grants preliminary approval of the Settlement Agreement, if later) | Last day for Defendant to produce the Class List to the Settlement Administrator and to Class Counsel. |
| January 2, 2016 (or not later than 10 calendar days after the Defendants produce the class list, if later) | Last day for the Settlement Administrator to mail the Class Notice to all Class Members. |
| January 25, 2016 (or at least 7 calendar days before the deadline to object to the Settlement) | Last day for Class Counsel to file the Motion for Attorneys' Fees, Costs, and Class Representative Enhancement Payments. |

| | |
|---|---|
| February 1, 2016 (or not later than 30 calendar days after the Claims Administrator mails the Class Notice, if later) | Last day for Class Members to submit Requests for Exclusion or objections to the Settlement. |
| February 19, 2016 | Last day for Plaintiffs to file the Motion for Final Approval of Class Action Settlement. |
| March 25, 2016 at 9:00 a.m. | Hearing on Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees, Costs, and Class Representative Enhancement Payments. |

The Court expressly reserves the right to continue or adjourn the final approval hearing from time to time without further notice to the Class Members.

**IT IS SO ORDERED.**

Dated:  December 2, 2015

*Jeffrey S. White*
Hon. Jeffrey S. White
United States District Judge