Raul Perez (SBN 174687)
Raul.Perez@capstonelawyers.com
Melissa Grant (SBN 205633)
Melissa.Grant@capstonelawyers.com
Arnab Banerjee (SBN 252618)
Arnab.Banerjee@capstonelawyers.com
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone:      (310) 556-4811
Facsimile:      (310) 943-0396

Attorneys for Plaintiff David Berry and Lead Counsel

Norman B. Blumenthal (SBN 68687)
Norm@bamlawlj.com
Kyle R. Nordrehaug (SBN 205975)
Kyle@bamlawca.com
Aparajit Bhowmik (SBN 248066)
Aj@bamlawlj.com
Blumenthal Nordrehaug & Bhowmik
2255 Calle Clara
La Jolla, CA 92037
Telephone:      (858) 551-1223 x127
Facsimile:      (858) 551-1232

Attorneys for Plaintiff Jasmin Perez and Liaison Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BERRY, individually as an aggrieved employee, and on behalf of others similarly situated,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>URBAN OUTFITTERS WHOLESALE, INC., a Pennsylvania corporation; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Lead Case No. 13-cv-02628-JSW<br>Case No. 14-cv-00024-JSW<br>Case No. 14-cv-01580-JSW<br>Case No. 14-002601-JSW<br><br>Assigned to the Hon. Jeffrey S. White<br><br>[~~PROPOSED~~] ORDER RE ALLOCATION OF COURT-AWARDED ATTORNEYS' FEES AMONG PLAINTIFFS' COUNSEL |

| | |
|---|---|
| 1<br>2<br>3<br>4 | JASMIN PEREZ and KYLE MILLER, individuals, on behalf of themselves, on behalf of all persons similarly situated, and as the representative of the State of California,<br><br>        Plaintiff,<br> vs. |
| 5<br>6 | URBAN OUTFITTERS, INC., a Corporation, and DOES 1 through 50, inclusive,<br><br>        Defendants. |
| 7<br>8<br>9<br>10<br>11<br>12 | ZAYDA SANTIZO, individually, as an aggrieved employee, and on behalf of others similarly situated,<br><br><br>        Plaintiff,<br> vs. |
| 13<br>14<br>15 | URBAN OUTFITTERS WHOLESALE, INC., a Pennsylvania corporation; and DOES 1 through 100, inclusive,<br><br>        Defendants. |
| 16<br>17<br>18<br>19<br>20<br>21 | FLOR KHAN, individually, and on behalf of all others similarly situated,<br><br><br>        Plaintiff,<br><br> vs. |
| 22<br>23<br>24 | URBAN OUTFITTERS WEST, LLC, and DOES 1 through 100, inclusive,<br><br>        Defendants. |

**ORDER**

On April 7, 2016, this Court awarded a combined total of $1,666,667 in attorneys' fees and $50,000 in costs and expenses to Plaintiffs' counsel, Capstone Law APC; Blumenthal Nordrehaug & Bhowmik; the Law Offices of Ari Moss; and Scott Cole & Associates. The Court hereby allocates the award of attorneys' fees and costs as follows:

1. The Court awards Capstone Law APC a total of $1,030,470 in attorneys' fees and $25,535.63 in costs and expenses.

2. The Court awards Blumenthal Nordrehaug & Bhowmik a total of $441,630 in attorneys' fees and $18,876.30 in costs and expenses.

3. The Court awards the Law Offices of Ari Moss a total of $163,567.00 in attorneys' fees and $1,243.39 in costs and expenses.

4. The Court awards Scott Cole & Associates a total of $31,000 in attorneys' fees and $4,344.68 in costs and expenses.

**IT IS SO ORDERED.**

Dated: April 14, 2016

Hon. Jeffrey S. White
United States District Judge